# Court of Appeals
# of the State of Georgia

ATLANTA,  September 20, 2018

*The Court of Appeals hereby passes the following order:*

**A19E0012.  IN THE INTEREST OF G. A. S., A CHILD (FATHER).**

Appellant filed an Emergency Motion requesting an extension of time to file an application for discretionary appeal. In his motion, Appellant states that there is a motion for new trial pending before the trial court. Accordingly, the trial court still has jurisdiction over this matter and Appellant's EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE A DISCRETIONARY PURSUANT TO RULE 16 in the above-styled case is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/20/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*